FILED
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRUCE SENATOR

        Plaintiff,

vs.

UNITED STATES of AMERICA;
SECURITIES and EXCHANGE
COMMISSION    Defendant.

CASE NO. CV 08 4122 VRW (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __BRUCE SENATOR__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net
2   salary and wages per month which you received.  (If you are imprisoned, specify the last
3   place of employment prior to imprisonment.)
4   SEPT. 25, 2006   I worked sporadically due to spinal
5   injuries, and do not remember earnings.
6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the
8   following sources:

9       a.   Business, Profession or           Yes ___ No ✓
10           self employment

11      b.   Income from stocks, bonds,        Yes ___ No ✓
12           or royalties?

13      c.   Rent payments?                    Yes ___ No ✓

14      d.   Pensions, annuities, or           Yes ___ No ✓
15           life insurance payments?

16      e.   Federal or State welfare payments, Yes ___ No ✓
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                      Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1     b.      List the persons other than your spouse who are dependent upon you for
2                support and indicate how much you contribute toward their support. (NOTE:
3                For minor children, list only their initials and ages. DO NOT INCLUDE
4                THEIR NAMES.).
5                _____NONE_____

7    5.    Do you own or are you buying a home?    Yes ____ No ✓
8 Estimated Market Value: $_____ Amount of Mortgage: $_____
9    6.    Do you own an automobile?    Yes ✓ No ____
10 Make _FORD_____ Year _1990_____ Model _AEROSTAR_____
11 Is it financed? Yes _____ No ✓ If so, Total due: $ _0_
12 Monthly Payment: $ _N/A_
13    7.    Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _Washington Mutual_____
15 _La Palma Ave at Beach Blvd, Buena Park, Ca._
16 Present balance(s): $ _9⁷⁰/xx_
17 Do you own any cash? Yes ✓ No ____ Amount: $ _≈ $225 - $275 xx_
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ✓ No ____
20 _Personal Items & Computers: $1,000_
21    8.    What are your monthly expenses?
22 Rent: $ _0_____ Utilities: _0_____
23 Food: $ _0_____ Clothing: _0_____
24 Charge Accounts:
25 <u>Name of Account</u>      <u>Monthly Payment</u>      <u>Total Owed on This Acct.</u>
26 _VISA_____ $_____    $ _≈ 1,000 xx_
27 _Master Card_____ $_____    $ _≈ 2,800 xx_
28 _J.C. Penney_____ $_____    $ _≈ $125 xx_    9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.     Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11         I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _August 19, 2008_              _Bruce Sinata_
17         DATE                        SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 4 -

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Bruce Senator__ for the last six months at __CALIF. MENS COLONY__

[prisoner name]

__Bruce Senator__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __37.40__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __6.23__ .

Dated: __8-20-08__                                    _____[signature]_____

[Authorized officer of the institution]

```
REPORT ID: TS3030 .701                                    REPORT DATE: 08/20/08
                                                          PAGE NO:       1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIFORNIA MENS COLONY
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 20, 2008 THRU AUG. 20, 2008

   ACCOUNT NUMBER : F99302                BED/CELL NUMBER: WFU4220000000037L
   ACCOUNT NAME   : SENATOR, BRUCE RICHARD  ACCOUNT TYPE: I
   PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
        TRAN
   DATE CODE DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
   ---- ---- -----------    -------    ---------  --------   -----------   -------

   02/20/2008  BEGINNING BALANCE                                              0.00

   04/01 D320 TRUST FUNDS T 18166/DVI               37.40                    37.40
   04/11 W502 POSTAGE CHARG 4369                                0.58         36.82
   04/11 W502 POSTAGE CHARG 4369                                0.58         36.24
   04/11 W502 POSTAGE CHARG 4369                                0.58         35.66
   04/11 W512 LEGAL POSTAGE 4369                                0.58         35.08
   04/11 W512 LEGAL POSTAGE 4369                                0.41         34.67
   04/11 W502 POSTAGE CHARG 4369                                0.75         33.92
   04/11 W502 POSTAGE CHARG 4369                                0.41         33.51
   04/11 W502 POSTAGE CHARG 4369                                0.58         32.93
   04/11 W502 POSTAGE CHARG 4369                                0.58         32.35
   04/11 W516 LEGAL COPY CH 4369                                0.80         31.55
   04/11 W516 LEGAL COPY CH 4369                                3.60         27.95
   04/11 W516 LEGAL COPY CH 4369                               15.60         12.35
   04/11 W516 LEGAL COPY CH 4369                                5.00          7.35
   04/11 W516 LEGAL COPY CH 4369                                4.00          3.35
   04/11 W516 LEGAL COPY CH 4369                                3.20          0.15
   04/14 W516 LEGAL COPY CH 4354                                0.15          0.00

                              CURRENT HOLDS IN EFFECT
      DATE      HOLD
      PLACED    CODE    DESCRIPTION              COMMENT      HOLD AMOUNT
      ------    ----    -----------              -------      -----------
   07/24/2008   H104    DAMAGES HOLD             0419/W507         0.78
   08/11/2008   H109    LEGAL POSTAGE HOLD       0700/             1.00
   08/13/2008   H118    LEGAL COPIES HOLD        0771              1.60
   08/13/2008   H118    LEGAL COPIES HOLD        0771             31.50
   08/13/2008   H118    LEGAL COPIES HOLD        0771              1.00
   08/14/2008   H106    UNITED PARCEL SERVICE HOLD  0825           2.36
   08/14/2008   H106    UNITED PARCEL SERVICE HOLD  0825           2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD       0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD       0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD       0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD       0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD       0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD       0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD       0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD       0825              2.19
   08/14/2008   H118    LEGAL COPIES HOLD        0825             17.20
   08/14/2008   H118    LEGAL COPIES HOLD        0825              9.00
   08/14/2008   H118    LEGAL COPIES HOLD        0825              2.00
   08/14/2008   H118    LEGAL COPIES HOLD        0825              1.20
```

```
REPORT ID: TS3030 .701                                    REPORT DATE: 08/20/08
                                                          PAGE NO:       1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIFORNIA MENS COLONY
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 20, 2008 THRU AUG. 20, 2008

   ACCOUNT NUMBER : F99302                  BED/CELL NUMBER: WFU4220000000037L
   ACCOUNT NAME   : SENATOR, BRUCE RICHARD  ACCOUNT TYPE: I
   PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY
        TRAN
   DATE CODE DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
   ---- ---- -----------    -------    ---------  --------   -----------   -------

   02/20/2008  BEGINNING BALANCE                                              0.00

   04/01 D320 TRUST FUNDS T 18166/DVI               37.40                    37.40
   04/11 W502 POSTAGE CHARG 4369                                0.58         36.82
   04/11 W502 POSTAGE CHARG 4369                                0.58         36.24
   04/11 W502 POSTAGE CHARG 4369                                0.58         35.66
   04/11 W512 LEGAL POSTAGE 4369                                0.58         35.08
   04/11 W512 LEGAL POSTAGE 4369                                0.41         34.67
   04/11 W502 POSTAGE CHARG 4369                                0.75         33.92
   04/11 W502 POSTAGE CHARG 4369                                0.41         33.51
   04/11 W502 POSTAGE CHARG 4369                                0.58         32.93
   04/11 W502 POSTAGE CHARG 4369                                0.58         32.35
   04/11 W516 LEGAL COPY CH 4369                                0.80         31.55
   04/11 W516 LEGAL COPY CH 4369                                3.60         27.95
   04/11 W516 LEGAL COPY CH 4369                               15.60         12.35
   04/11 W516 LEGAL COPY CH 4369                                5.00          7.35
   04/11 W516 LEGAL COPY CH 4369                                4.00          3.35
   04/11 W516 LEGAL COPY CH 4369                                3.20          0.15
   04/14 W516 LEGAL COPY CH 4354                                0.15          0.00

                              CURRENT HOLDS IN EFFECT
      DATE      HOLD
      PLACED    CODE    DESCRIPTION                 COMMENT      HOLD AMOUNT
      ------    ----    -----------                 -------      -----------
   07/24/2008   H104    DAMAGES HOLD                0419/W507         0.78
   08/11/2008   H109    LEGAL POSTAGE HOLD          0700/             1.00
   08/13/2008   H118    LEGAL COPIES HOLD           0771              1.60
   08/13/2008   H118    LEGAL COPIES HOLD           0771             31.50
   08/13/2008   H118    LEGAL COPIES HOLD           0771              1.00
   08/14/2008   H106    UNITED PARCEL SERVICE HOLD  0825              2.36
   08/14/2008   H106    UNITED PARCEL SERVICE HOLD  0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD          0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD          0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD          0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD          0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD          0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD          0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD          0825              2.36
   08/14/2008   H109    LEGAL POSTAGE HOLD          0825              2.19
   08/14/2008   H118    LEGAL COPIES HOLD           0825             17.20
   08/14/2008   H118    LEGAL COPIES HOLD           0825              9.00
   08/14/2008   H118    LEGAL COPIES HOLD           0825              2.00
   08/14/2008   H118    LEGAL COPIES HOLD           0825              1.20
```

```
REPORT ID: TS3030 .701                                REPORT DATE: 08/20/08
                                                      PAGE NO:      2
                              CALIFORNIA MENS COLONY
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 20, 2008 THRU AUG. 20, 2008

  ACCT: F99302       ACCT NAME: SENATOR, BRUCE RICHARD      ACCT TYPE: I


                            CURRENT HOLDS IN EFFECT
    DATE      HOLD
   PLACED     CODE        DESCRIPTION            COMMENT     HOLD AMOUNT
  ----------  ----   --------------------------  ---------   -----------
  08/14/2008  H118   LEGAL COPIES HOLD           0825              0.70
  08/15/2008  H109   LEGAL POSTAGE HOLD          0840              2.02
  08/19/2008  H109   LEGAL POSTAGE HOLD          0882              7.60

                             TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS     TRANSACTIONS
    BALANCE      DEPOSITS   WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
  -----------  -----------  -----------  -----------  ---------  -------------
        0.00        37.40        37.40         0.00      99.03           0.00
  -----------  -----------  -----------  -----------  ---------  -------------
  -----------  -----------  -----------  -----------  ---------  -------------

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                     -----------
                                                          99.03-
                                                     -----------
                                                     -----------
```

```
REPORT ID: TS3030   .701                           REPORT DATE: 08/20/08
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA MENS COLONY
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 20, 2008 THRU AUG. 20, 2008


              TOTAL NUMBER OF STATEMENTS PRINTED:        1

     TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:     0.00
```



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: Aug. 20, 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE