IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE SENATOR, | ) | |
| Petitioner, | ) ) | No C 08-4122 VRW (PR) |
| vs. | ) ) | ORDER OF DISMISSAL |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Respondent. | ) ) | |

    Petitioner, a state prisoner incarcerated at the California Men's Colony in San Luis Obispo, has filed a pro se petition for a writ of mandate compelling the United States Securities and Exchange Commission ("SEC") to investigate and account for allegedly missing registered securities.

    The federal mandamus statute provides that "[t]he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 USC § 1361. Mandamus relief is only available to compel an officer of the United States to perform a duty if: (1) the petitioner's claim is clear and certain; (2) the duty of the officer is ministerial and so plainly prescribed as to be free from doubt; and (3) no other adequate remedy is available. Fallini v Hodel, 783 F2d 1343, 1345 (9th Cir 1986). Mandamus relief is not in order here

1  because the investigation petitioner seeks is discretionary.  See Stang v IRS, 788
2  F2d 564, 565 (9th Cir 1986) (mandamus writs appropriate only when federal
3  officer, employee or agency owes a "nondiscretionary duty" to petitioner that is
4  so plainly prescribed as to be free from doubt).
5       The petition for a writ of mandate is DENIED.  The clerk shall enter
6  judgment in accordance with this order and close the file.
7       SO ORDERED.

        VAUGHN R WALKER
        United States District Chief Judge

G:\PRO-SE\VRW\OTHER.08\Senator, B1.dismissal.wpd